NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1292

APPLICA CONSUMER PRODUCTS, INC.
and WATERS RESEARCH COMPANY,

Appellants,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

LUCKY LITTER LLC,

Intervenor,

and

OURPET'S COMPANY,

Intervenor.

On appeal from the United States International Trade Commission in Investigation No. 337-TA-625.

ON MOTION

## O R D E R

Upon consideration of Lucky Litter, LLC's and OurPet's Company's unopposed motions for leave to intervene,

IT IS ORDERED THAT:

(1)    The motions are granted. The revised official caption is reflected above.

(2)     The intervenors' briefs are due within 40 days from the service of the appellants' opening brief.

FOR THE COURT

MAY 21 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 1 2009

JAN HORBALY
CLERK

cc:     Jeffrey D. Mills, Esq.
        Vance L. Liebman, Esq.
        Mark B. Rees, Esq.
        Paul V. Storm, Esq.
        Eric C. Cohen, Esq.

s19